UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case Nos.: **3:15cr16/RV/CJK**
  **3:16cv42/RV/CJK**

**JAVIER MENDEZ-PEREZ**
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 28, 2018 (doc. 53). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. 1. The motion to vacate, set aside, or correct sentence (ECF No. 46) is **DENIED**.

3. A certificate of appealability is **DENIED**.

DONE AND ORDERED this 20th day of August, 2018.

                    /s/ *Roger Vinson*
                    ROGER VINSON
                    SENIOR UNITED STATES DISTRICT JUDGE
                    SENIOR UNITED STATES DISTRICT JUDGE

Case Nos. 3:15cr16/RV/CJK; 3:16cv42/RV/CJK